UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| John Doe, *minor child, by and through his Guardian*, Jane Doe,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Nikki Haley, *et al.*,<br><br>　　　　　　　　　　Defendants. | C/A No.: 8:13-cv-01772-GRA<br><br>**ORDER**<br>(Written Opinion) |

Laurence D. Borten has filed a Motion for Withdraw of Appearance seeking leave to withdraw as Plaintiff's Counsel on the grounds that he is no longer employed by Children's Rights. ECF No. 188. When an attorney who has appeared as the attorney of record in a case seeks to withdraw as counsel, he must first make an application to this Court. *See* Local Civil Rule 83.I.07 DSC. Whether to allow an attorney to withdraw is within the sound discretion of this Court. *United States v. Corporan-Cuevas*, 35 F.3d 953, 956 (4th Cir. 1994). In the current case, Plaintiff is also represented by Robert J. Butcher of the Camden Law Firm, Thomas E. Hite, Jr. and Heather Hite Stone of Hite & Stone, and Marcia Robinson Lowry, Ira P. Lustbader, Aaron Finch, Kathryn Wood, and Sarah T. Russo of Children's Rights, who will remain as counsel to Plaintiff if Laurence D. Borten is allowed to withdraw. Therefore, this Court finds that allowing Mr. Borten to withdraw is proper.

**IT IS THEREFORE ORDERED** that Laurence D. Borten's Motion for Withdrawal of Appearance is GRANTED.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

March  3 , 2014
Anderson, South Carolina