UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| John Doe, *minor child, by and through his Guardian*, Jane Doe,  )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>Nikki Haley, *et al.*,   )<br>)<br>Defendants.   )<br>) | C/A No.: 8:13-cv-01772-GRA<br><br>**ORDER**<br>(Written Opinion) |

This matter comes before this Court on Plaintiff's Informative Motion and Request for Guidance. ECF No. 205. After a thorough review of the arguments made in Plaintiff's Motion, this Court finds that the parties should use children's real names, rather than pseudonyms or initials, for all purposes at trial, including video depositions and live witness testimony. This will avoid jury confusion and needless time and expense required to redact video depositions. The privacy of these children is protected under S.C. Code Ann. § 16-3-730, which provides punishment for the publication of the names of children who are named at trial as victims of sexual abuse.

**IT IS THEREFORE ORDERED** that children's real names shall be used for all purposes at trial.

**IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

March  18 , 2014
Anderson, South Carolina