UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| John Doe, *minor child, by and through his Guardian*, Jane Doe,       )<br>                                                                )<br>                             Plaintiff,         )<br>                                                                )<br>                      v.                                  )<br>                                                                )<br>Nikki Haley, *et al.*,                                 )<br>                                                                )<br>                             Defendants.    )<br>                                                                ) | C/A No.: 8:13-cv-01772-GRA<br><br>**ORDER**<br>(Written Opinion) |

This matter comes before this Court on Plaintiff's Motion to Redact Identifying Information in Court Transcripts. ECF No. 229. After a thorough review of Plaintiff's Motion and the entire record, this Court finds that redaction of settlement amounts conforms to this Court's previous orders which maintained the confidentiality of the settlement amounts. *See* ECF Nos. 179 & 222. However, this Court does not find that redaction of Plaintiff's guardian ad litem's name is necessary. Therefore, Plaintiff's request shall be granted as to the settlement amounts, but not as to the guardian ad litem's name.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Redact Identifying Information in Court Transcripts is GRANTED in part.

**IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

July  28 , 2014
Anderson, South Carolina